UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-513-GCM

| | |
|---|---|
| MARLEY ENGINEERED PRODUCTS, LLC, *et al*, <br>     Plaintiffs, <br> v. <br> CONSOLIDATED INSURANCE COMPANY, *et al*, <br>     Defendants. | ORDER |

This matter is before the court upon request by the parties for a Judicial Settlement Conference with a Magistrate Judge. The above captioned matter is hereby referred to Magistrate Judge David Keesler for a Judicial Settlement Conference. Parties are directed to contact the Chambers of Judge Keesler at 704-350-7430 to schedule the conference.

SO ORDERED.

Signed: February 24, 2011

Graham C. Mullen
United States District Judge